**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): ____________________

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** 3OE Scientific, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 83-2734623

4. **Debtor's address**

   **Principal place of business**

   424 W. Main St., Suite 4A
   Number Street

   Carmel IN 46032
   City State ZIP Code

   Hamilton County
   County

   **Mailing address, if different from principal place of business**

   484 E. Carmel Drive, Suite 376
   Number Street

   P.O. Box

   Carmel IN 46032
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: ____________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

339110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District __________ When __________ (MM / DD / YYYY) Case number __________
  District __________ When __________ (MM / DD / YYYY) Case number __________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor __________ Relationship __________
  District __________ When __________ (MM / DD / YYYY)
  Case number, if known __________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______________________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______________________

**Where is the property?** ______________________
Number Street
______________________
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______________________
  Contact name ______________________
  Phone ______________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor 3OE Scientific, LLC Case number (*if known*) ____________
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/03/2023
MM / DD / YYYY

✘ /s/ Thomas F. Foust
Signature of authorized representative of debtor

Thomas F. Foust
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Jeffrey Hester
Signature of attorney for debtor

Date 11/03/2023
MM / DD / YYYY

Jeffrey Hester
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Sq Suite 1330
Number Street

Indianapolis | IN | 46204
City | State | ZIP Code

317-833-3030
Contact phone

jhester@hbkfirm.com
Email address

22048-49 | IN
Bar number | State

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Astronics CSC/PDT Corporation<br>1 Corporate Dr., Suite 110<br>Lake Zurich, IL, 60047 | Matt Wilken, CFO<br>matthew.wilken@astronics.com | Suppliers or Vendors | Disputed | | | 7,148,048.67 |
| 2 | Christalis LLC<br>1887 Whitney Mesa Dr., #5111<br>Henderson, NV, 89014 | Christine Gulbranson<br>christine@christalis.com | Services | Disputed<br>Unliquidated<br>Contingent | | | 360,000.00 |
| 3 | Eurofins CRL Cosmetics, Inc.<br>371 Hoes Lane, Suite 100<br>Piscataway, NJ, 08854 | Kazi Islam<br>kazi.islam@cpt.eurofinsus.com | Suppliers or Vendors | | | | 48,012.50 |
| 4 | dlhBOWLES, Inc.<br>2422 Leo Avenue SW<br>Canton, OH, 44706 | Courtney Simpson<br>csimpson@dlhbowles.com | Suppliers or Vendors | | | | 45,710.04 |
| 5 | Engenuity Systems, Inc.<br>2165 W. Pecos Rd., Suite 1<br>Chandler, AZ, 85224 | Tracy Markie, CEO<br>tracy@engenuity.com | Suppliers or Vendors | | | | 38,165.00 |
| 6 | Innovation Law Office<br>6929 E. 10th St., Suite 288<br>Indianapolis, IN, 46219 | Dennis Schell<br>dennis@innovation.attorney | Services | | | | 17,145.00 |
| 7 | AT&T Mobility<br>P.O. Box 5085<br>Carol Stream, IL, 60197 | | Suppliers or Vendors | | | | 8,289.27 |
| 8 | Forvis LLP<br>201 N. Illinois St., Suite 700<br>Indianapolis, IN, 46244 | Brent Barton<br>brent.barton@forvis.com | Suppliers or Vendors | | | | 6,460.00 |

Debtor 3OE Scientific, LLC Case number (*if known*)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | 6S Strategies, Inc.<br>2001 Windy Terrace, Suite B<br>Cedar Park, TX, 78613 | Jennifer Stevens<br>jstevens@usdentalsolutions.com | Suppliers or Vendors | | | | 5,000.00 |
| 10 | TQL - Total Quality Logistics<br>P.O. Box 634558<br>Cincinnati, OH, 45263 | Ethan Merriweather<br>emerriweather@tql.com | Suppliers or Vendors | Disputed | | | 1,092.17 |
| 11 | Red Door Property Management LLC<br>3815 River Crossing Pkwy, Suite 100<br>Indianapolis, IN, 46240 | Carmela Auxilio<br>cauxilio@reddoorrents.com | Suppliers or Vendors | | | | 435.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

6S Strategies, Inc.
2001 Windy Terrace, Suite B
Cedar Park, TX 78613

Astronics CSC/PDT Corporation
1 Corporate Dr., Suite 110
Lake Zurich, IL 60047

AT&T Mobility
P.O. Box 5085
Carol Stream, IL 60197

Auto Owners Insurance
P.O. Box 30660
Lansing, MI 48909

Biologics Consulting Group, Inc.
1555 King Street, Suite 300
Alexandria, VA 22314

Christalis LLC
1887 Whitney Mesa Dr., #5111
Henderson, NV 89014

Delta Faucet Company
55 East 111th Street
Indianapolis, IN 46280

dlhBOWLES, Inc.
2422 Leo Avenue SW
Canton, OH 44706

Doug Kahlenbeck
7249 Tuliptree Trail
Indianapolis, IN 46256

Engenuity Systems, Inc.
2165 W. Pecos Rd., Suite 1
Chandler, AZ 85224

Eurofins CRL Cosmetics, Inc.
371 Hoes Lane, Suite 100
Piscataway, NJ 08854

Forvis LLP
201 N. Illinois St., Suite 700
Indianapolis, IN 46244

FullStack, Inc.
P.O. Box 551019
Indianapolis, IN 46205

GadellNet Consulting Services, LLC
12778 Hamilton Crossing Blvd.
Carmel, IN 46032

Hatch Product Development
2330 Ernie Krueger Circle
Waukegan, IL 60087

Howard Chessire
637 Tabbystone Street NW
Marietta, GA 30064

Innovation Law Office
6929 E. 10th St., Suite 288
Indianapolis, IN 46219

Mark Schwartz (Insider)
641 East Liberty Street
Wauconda, IL 60084

Philadelphia Insurance Companies
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004

Prodct LLC
19 Carville Avenue
Lexington, MA 02421

Red Door Property Management LLC
3815 River Crossing Pkwy, Suite 100
Indianapolis, IN 46240

SDG International, LLC
484 E. Carmel Dr., #376
Carmel, IN 46032

Tom Foust (Insider)
1013 High Street
Carmel, IN 46033

TQL - Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263

Woodland Resources, LLC
P.O. Box 1605
Jasper, AL 35502

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

| | | |
|---|---|---|
| In re: | ) | |
| 3OE Scientific, LLC | ) | Case No. ______________ |
| *[Name of Debtor(s)]* | ) | *(xx-xxxxx)* |
| ______________________________, | ) | |
| Debtor(s). | ) | |

☐ Check if this form is submitted with an amended creditor list.

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: 11/03/2023

/s/ Thomas F. Foust
Signature of Debtor

______________________________
Signature of Joint Debtor

**(Note: Certificate of Service not required.)**