UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF01007N (rev 06/2017)

In re:

**3OE Scientific, LLC**,
Debtor.

Case No. **23−04918−JMC−11**

# DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Income & Expense Schedule due November 17, 2023
- Small Business Balance Sheet or Statement in Lieu due November 13, 2023
- Small Business Cash Flow Statement or Statement in Lieu due November 13, 2023
- Small Business Statement of Operations or Statement in Lieu due November 13, 2023
- Small Business Tax Return or Statement in Lieu due November 13, 2023

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy−forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above−captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: November 3, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court