# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 11/3/2023 |
| Case: 23−04918−JMC−11 | Form ID: SF01007N | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jeffrey M. Hester | jhester@hbkfirm.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | 3OE Scientific, LLC | 424 W. Main St., Suite 4A | Carmel, IN 46032 |

TOTAL: 1