**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number (If known): 23-04918-JMC-11

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 118,814.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 118,814.00 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 8,070,384.45 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 8,070,384.45 |

# Statement of Eligibility Pursuant to §1182(1)(A)

| | |
|---|---|
| **Starting Total Debt From Schedules** | **8,070,384.45** |
| **Less:** | |
| *Insider Debt[1]:* | |
| Foust | (1,742.07) |
| Foust | (192,000.00) |
| Schwartz | (25,000.00) |
| Kahlenbeck | (173,284.73) |
| **Subtotal** | **(392,026.80)** |
| *Contingent Debt[2]:* | |
| Christalis, LLC | (360,000.00) |
| **Subtotal** | **(360,000.00)** |
| **Total** | **(752,026.80)** |
| **Total Adjusted Debt Per §1182(1)(A)** | **7,318,357.65** |

---

[1](1) Debtor. The term "debtor"—

> **(A)** subject to subparagraph (B), means a person . . . that has aggregate *noncontingent* liquidated secured and unsecured debts as of the date of the filing of the petition or the date of the order for relief in an amount not more than $7,500,000 (*excluding debts owed to 1 or more affiliates or insiders*) . . . (emphasis added)

11 U.S.C. § 1182

[2] *See supra Note 1.*.

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 23-04918-JMC-11

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase (Account ending 2815) | Checking | 2 8 1 5 | $ 98,623.00 |
| 3.2. See continuation sheet | | | $ 100.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1** — $ 98,723.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ______ $______

7.2. ______ $______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Advance payroll payment to FullStack $ 12,591.00

8.2. $

9. **Total of Part 2.** $ 12,591.00

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ face amount – ______ doubtful or uncollectible accounts = ........ → $

11b. Over 90 days old: ______ face amount – ______ doubtful or uncollectible accounts = ........ → $

12. **Total of Part 3** $

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. $

14.2. $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. % $

15.2. % $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. $

16.2. $

17. **Total of Part 4** $

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| ______________ | MM / DD / YYYY | $______ | ______ | $______ |
| 20. **Work in progress** | | | | |
| ______________ | MM / DD / YYYY | $______ | ______ | $______ |
| 21. **Finished goods, including goods held for resale** | | | | |
| ______________ | MM / DD / YYYY | $______ | ______ | $______ |
| 22. **Other inventory or supplies** | | | | |
| Tooling and molds (various supplier locations, all for I | MM / DD / YYYY | $______ | ______ | $2,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84. $4,000.00

24. **Is any of the property listed in Part 5 perishable?**

- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- ☑ No
- ☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ______________ | $______ | ______ | $______ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| ______________ | $______ | ______ | $______ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ______________ | $______ | ______ | $______ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| ______________ | $______ | ______ | $______ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| ______________ | $______ | ______ | $______ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $______

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture and equipment (424 E. Main St., Carmel, IN) | $1,000.00 | | $1,000.00 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment in possession of service members (computers/phones) | $2,500.00 | | $2,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | | | $ | | $ |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>IP developed independently | $ | | $ Unknown |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties**<br>Sublicensing right acquired from Delta Faucet Company (non-transf | $ | | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>IP associated with dashboard for Iggy's (shared with Engenuity | $ | | $ Unknown |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – ______ doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ $______
**Nature of claim** ______
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Description | Current value of debtor's interest |
|---|---|
| IP associated with design of Iggy (Shared with Astronics) | $ Unknown |
| eView IOT software platform | $ Unknown |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 98,723.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 12,591.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 4,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $ 118,814.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 118,814.00 ........ $ 118,814.00

Debtor 1 3OE Scientific, LLC
First Name Middle Name Last Name

Case number (*if known*) 23-04918-JMC-11

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **JP Morgan Chase (Savings Acct)(Acct Ending 9512)** | **Savings** | **9512** |

**Balance: 0.00**

| | | |
|---|---|---|
| **JP Morgan Chase (Payroll Acct) (Acct ending 2823)** | **Checking** | **2823** |

**Balance: 100.00**

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 23-04918-JMC-11

❑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ❑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** ____________

**Describe debtor's property that is subject to a lien**

$____________ $____________

**Creditor's mailing address** ____________

**Describe the lien** ____________

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**
- ❑ No
- ❑ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is anyone else liable on this claim?**
- ❑ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ❑ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**2.2 Creditor's name** ____________

**Describe debtor's property that is subject to a lien**

$____________ $____________

**Creditor's mailing address** ____________

**Creditor's email address, if known** ____________

**Describe the lien** ____________

**Date debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the creditor an insider or related party?**
- ❑ No
- ❑ Yes

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ❑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority.
  - ❑ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
- ❑ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $____________

**Fill in this information to identify the case:**

Debtor 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known) 23-04918-JMC-11

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____________<br><br>**Last 4 digits of account number** ____________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____________ | $____________ |
| **2.2 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____________<br><br>**Last 4 digits of account number** ____________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____________ | $____________ |
| **2.3 Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ____________<br><br>**Last 4 digits of account number** ____________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____________ | $____________ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
6S Strategies, Inc.
2001 Windy Terrace, Suite B
Cedar Park, TX, 78613

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,000.00

**Date or dates debt was incurred** 5/1/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Astronics CSC/PDT Corporation
1 Corporate Dr., Suite 110
Lake Zurich, IL, 60047

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,148,048.67

**Date or dates debt was incurred** 3/31/2021
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
AT&T Mobility
P.O. Box 5085
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,289.27

**Date or dates debt was incurred** 09/24/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Christalis LLC
1887 Whitney Mesa Dr., #5111
Henderson, NV, 89014

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Services

$ 360,000.00

**Date or dates debt was incurred** 5/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
dlhBOWLES, Inc.
2422 Leo Avenue SW
Canton, OH, 44706

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 45,710.04

**Date or dates debt was incurred** 02/23/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Doug Kahlenbeck (insider)
7249 Tuliptree Trail
Indianapolis, IN, 46256

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Profit Interest Unit Buyback note

$ 173,284.73

**Date or dates debt was incurred** 9/22/2021
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**

Dr. Thomas Foust (Insider)
1013 High Street
Carmel, IN, 46033

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 192,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 4/1/2023

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**

Dr. Thomas Foust (Insider)
1013 High Street
Carmel, IN, 46033

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,742.07

**Basis for the claim:**

**Date or dates debt was incurred** 8/1/2023

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**

Engenuity Systems, Inc.
2165 W. Pecos Rd., Suite 1
Chandler, AZ, 85224

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 38,165.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 4/6/2023

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**

Eurofins CRL Cosmetics, Inc.
371 Hoes Lane, Suite 100
Piscataway, NJ, 08854

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 48,012.50

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 03/30/2023

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**

Forvis LLP
201 N. Illinois St., Suite 700
Indianapolis, IN, 46244

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 6,460.00

**Basis for the claim:** Services

**Date or dates debt was incurred** 9/29/2023

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Innovation Law Office
6929 E. 10th St., Suite 288
Indianapolis, IN, 46219

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 17,145.00

**Basis for the claim:** Services

**Date or dates debt was incurred** 2/1/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**

Mark Schwartz (Insider)
641 East Liberty Street
Wauconda, IL, 60084

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 25,000.00

**Basis for the claim:**

**Date or dates debt was incurred** 6/1/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Red Door Property Management LLC
3815 River Crossing Pkwy, Suite 100
Indianapolis, IN, 46240

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 435.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 10/1/2023

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ✔ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

TQL - Total Quality Logistics
P.O. Box 634558
Cincinnati, OH, 45263

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 1,092.17

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ______

**Basis for the claim:**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- No
- ☐ Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 8,070,384.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 8,070,384.45 |

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 23-04918-JMC-11 Chapter 11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Other | Delta Faucet Company<br>55 East 111th Street<br>Indianapolis, IN, 46280 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Other | Philadelphia Insurance Companies<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA, 19004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Other | FullStack, Inc.<br>P.O. Box 551019<br>Indianapolis, IN, 46205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Business Lease | Red Door Property Management LLC<br>3815 River Crossing Pkwy, Suite 100<br>Indianapolis, IN, 46240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Other | Auto Owners Insurance<br>P.O. Box 30660<br>Lansing, MI, 48909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 3OE Scientific, LLC Case number (*if known*) 23-04918-JMC-11
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number o any government contract | Other | Christalis LLC<br>1887 Whitney Mesa Dr., #5111<br>Henderson, NV, 89014 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | Woodland Resources, LLC<br>P.O. Box 1605<br>Jasper, AL, 35502 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | Howard Chessire<br>637 Tabbystone Street NW<br>Marietta, GA, 30064 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | SDG International, LLC<br>484 E. Carmel Dr., #376<br>Carmel, IN, 46032 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | Prodct LLC<br>19 Carville Avenue<br>Lexington, MA, 02421 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | Biologics Consulting Group, Inc.<br>1555 King Street, Suite 300<br>Alexandria, VA, 22314 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Other | GadellNet Consulting Services, LLC<br>12778 Hamilton Crossing Blvd.<br>Carmel, IN, 46032 |

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 State what the contract or lease is for and the nature of the debtor's interest | Other | Hatch Product Development<br>2330 Ernie Krueger Circle<br>Waukegan, IL, 60087 |
| State the term remaining | | |
| List the contract number o any government contract | | |
| 2.14 State what the contract or lease is for and the nature of the debtor's interest | Other | 6S Strategies, Inc.<br>2001 Windy Terrace, Suite B<br>Cedar Park, TX, 78613 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.15 State what the contract or lease is for and the nature of the debtor's interest | Other | Astronics CSC/PDT Corporation<br>1 Corporate Dr., Suite 110<br>Lake Zurich, IL, 60047 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.____ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.____ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.____ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.____ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 23-04918-JMC-11

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (*If known*): 23-04918-JMC-11

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2023
MM / DD / YYYY

✘ /s/ Thomas F. Foust
Signature of individual signing on behalf of debtor

Thomas F. Foust
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name 3OE Scientific, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 23-04918-JMC-11

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 (MM / DD / YYYY) | to Filing date | ☐ Operating a business<br>☐ Other | $ 80,589.25 |
| **For prior year:** | From 01/01/2022 (MM / DD / YYYY) | to 12/31/2022 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 1,934,414.00 |
| **For the year before that:** | From 01/01/2021 (MM / DD / YYYY) | to 12/31/2021 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 6,185,386.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ________ (MM / DD / YYYY) | to Filing date | ________ | $________ |
| **For prior year:** | From ________ (MM / DD / YYYY) | to ________ (MM / DD / YYYY) | ________ | $________ |
| **For the year before that:** | From ________ (MM / DD / YYYY) | to ________ (MM / DD / YYYY) | ________ | $________ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Forvis LLP<br>Creditor's name<br>201 N. Illinois St., Suite 700<br>Indianapolis, IN 46244 | | $ 10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other ______ |
| 3.2. | AT&T Mobility<br>Creditor's name<br>P.O. Box 5085<br>Carol Stream, IL 60197 | | $ 8,241.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br><br>**Relationship to debtor** | | $ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | ____________ Creditor's name | | ________ | $________ |
| 5.2. | ____________ Creditor's name | | ________ | $________ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| ____________ Creditor's name | Last 4 digits of account number: XXXX– ________ | ________ | $________ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case number<br>____________ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title<br>Case number<br>____________ | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor 3OE Scientific, LLC Case number (if known) 23-04918-JMC-11

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC<br>**Address**<br>One Indiana Square, Suite 1330<br>Indianapolis, IN 46204<br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | 10/24/2023 | $ 21,738.00 |
| 11.2. | <br>**Address**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| <br>**Trustee** | | | $ |

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | Address | | | |
| | Relationship to debtor | | | |
| | Who received transfer? | | | $ |
| 13.2. | | | | |
| | Address | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ______ To ______ |
| 14.2. | | From ______ To ______ |

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ____________

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ____________ | EIN: ____________ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | ______ Name | XXXX–______ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |
| 18.2. | ______ Name | XXXX–______ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ______ Name | | | ☐ No<br>☐ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Various locatoins<br>Name | | Iggy devices and parts | ☐ No<br>☑ Yes |
| | Address | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor 3OE Scientific, LLC Case number (*if known*) 23-04918-JMC-11

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |
| 25.2. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |
| 25.3. | Name | | EIN: ___<br>Dates business existed<br>From ___ To ___ |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Forvis LLC<br>Name<br>201 N. Illinois Street, Indianapolis, IN 46204 | From _______<br>To _______ |
| 26a.2. | Name | From _______<br>To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name | From _______<br>To _______ |
| 26b.2. | Name | From _______<br>To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name | |

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | ______ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | ______ Name |

| | Name and address |
|---|---|
| 26d.2. | ______ Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | ______ Name |

Debtor 3OE Scientific, LLC
Name

Case number (*if known*) 23-04918-JMC-11

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. ______
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Thomas F. Foust | 1013 High Drive, Carmel, IN 46033 | Founder, Chief Executive Officer, Chairman of the Board | |
| Dr. Robert Lubitz | 1370 Rock Springs Circle NE, Atlanta, GA 30306 | Chief Medical Officer, Board Secretary | |
| Samuel Howard | 1124 Hillcrest Drive, Carmel, IN 46033 | Founder, Board Member, former Chief Mission Officer | |
| Lance Wonderlin | 14857 Montclair Dr., Westfield, IN 46074 | Chief Legal Officer | |
| David (Joe) Dillon | 10702 Club Chase, Fishers, IN 46037 | Chief Success Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

❑ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Chris Thompson | 330 Las Colinas Blvd. East, Unit 1106, Irving, TX 75039 | Chief Technology Officer | ______ To 01/31/2023 |
| Tyler Sadek | 1636 Central Avenue, Indianapolis, IN 46202 | Chief Financial Officer | ______ To 02/28/2023 |
| Christine Gulbranson | 1887 Whitney Mesa Dr., #5111, Henderson, NV 89014 | Board Member | ______ To 10/26/2023 |
| | | | ______ To ______ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❑ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Chris Thompson (Name)<br>330 Las Colinas Blvd East, Unit 1106<br>Irving, TX 75039 | 29,700.00 | | Payroll and expense reimbursement |

**Relationship to debtor**

Former Chief Technology Officer

Debtor 3OE Scientific, LLC
Name

Case number (if known) 23-04918-JMC-11

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 Tyler Sadek<br>Name<br>1636 Central Avenue<br>Indianapolis, IN 46202 | 36,188.37 | | Payroll |
| **Relationship to debtor**<br>Former Chief Financial Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2023
MM / DD / YYYY

✘ /s/ Thomas F. Foust
Signature of individual signing on behalf of the debtor

Printed name Thomas F. Foust

Position or relationship to debtor Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| **Astronics CSC/PDT Corporation, 1 Corporate Dr., Suite 110, Lake Zurich, IL 60047** | **$80,537.28** | **Suppliers or vendors** |

**28) Additional people in control of the debtor at the time of the filing of this case**

| | |
|---|---|
| **Eric Daugherty** | **8416 A1A South, St. Augustine, FL 32080** |

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Tony LeCount**

**11099 Silvertree Ct**
**Fishers, IN 46037**

**Amount of money or description: $110,000.00**

**Dates: 09/29/2022, 12/28/2022, -**

**Reason: Buyback of profit interest units**

**---**

**Name and Address:**

**Doug Kahlenbeck**

**7249 Tuliptree Trail**
**Indianapolis, IN 46256**

**Amount of money or description: $36,245.26**

**Dates: 09/29/2022, 12/28/2022, -**

**Reason: Buyback of profit interest units**

**---**

**Name and Address:**

**Dr. Robert Lubitz**

**1370 Rock Springs Circle NE**
**Atlanta, GA 30306**

**Amount of money or description: $66,612.25**

**Dates: - , - , -**

**Reason: Payroll**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Samuel Howard**

**1124 Hillcrest Drive**
**Carmel, IN 46033**

**Amount of money or description: $12,650.74**

**Dates: – , – , –**

**Reason: Payroll and expense reimbursement**

---

**Name and Address:**

**David (Joe) Dillon**

**10702 Club Chase**
**Fisher, IN 46037**

**Amount of money or description: $63,547.41**

**Dates: – , – , –**

**Reason: Payroll and expense reimbursement**

---

**Name and Address:**

**SDG International c/o Thomas Foust**

**1013 High Drive**
**Carmel, IN 46033**

**Amount of money or description: $15,000.00**

**Dates: – , – , –**

**Reason: Payroll**

---

**Name and Address:**

**Safeguard, Inc.**

**1124 Hillcrest Drive**
**Carmel, IN 46033**

**Amount of money or description: $36,000.00**

**Dates: – , – , –**

**Reason: Payroll**

## Continuation Sheet for Official Form 207

---

**Name and Address:**

**Lance Wonderlin**

**14857 Montclair Drive**
**Westfield, IN 46074**

**Amount of money or description: $69,780.27**

**Dates: - , - , -**

**Reason: Payroll and expense reimbursement**

---

**Name and Address:**

**Dr. Thomas Foust**

**1013 High Drive**
**Carmel, IN 46033**

**Amount of money or description: $75,992.95**

**Dates: - , - , -**

**Reason: Payroll, Expenses, Loan repayment**

---

**United States Bankruptcy Court**

**IN RE:** Case No. 23-04918-JMC-11

3OE Scientific, LLC Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|

***See attached***

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✘ */s/ Thomas F. Foust*

**Signature of individual signing on behalf of the debtor**

**Date** *11/13/2023*

# *List of Equity Security Holders*

| **Class A** | **Units** |
|---|---|
| Foust, Thomas | 370,000.00 |
| Howard, Samuel | 100,000.00 |
| **Total Class A** | **470,000.00** |

| **Series Seed Preferred** | **Units** |
|---|---|
| 5&2 Investments, LLC (Bigler) | 3,234.02 |
| Ann S. Daum Trust | 2,896.65 |
| Auge, Kevin | 1,323.45 |
| Banker, Preston | 2,038.50 |
| Berg, Gerald | 3,970.35 |
| Bertrand, Jeffrey | 1,512.72 |
| Bobay, Jason Mainstar Trust | 4,127.86 |
| Bogunia, Justin | 2,646.90 |
| Brauer, Ted | 1,323.45 |
| Brock, Troy R | 661.73 |
| Browning, Larry | 9,700.00 |
| Brybelly Investments, LLC (Smith) | 2,646.90 |
| Buchsbaum, Richard | 1,884.12 |
| Bulloch, Bruce and Clark, Linda | 5,293.81 |
| Cahall, Donald | 2,646.90 |
| Campbell, Ned Equity Trust Company | 539.10 |
| Castleton Medical Partners (Paras) | 661.73 |
| Chance, David and Jill | 794.07 |
| Clibanoff, Daniele | 1,323.45 |
| Cowley, Collin | 5,293.81 |
| Cuadros, Christopher | 661.73 |
| Dartt, Jon | 2,681.34 |
| Daugherty, Eric | 5,693.98 |
| Daugherty, Eric Daugherty Joint Revocable Trust | 2,958.44 |
| Daum, Peter & Barbara (Lauren) | 5,549.34 |
| Daum, Peter Mainstar Trust | 2,927.98 |
| DeKruyter, Janelle Mainstar Trust | 2,661.30 |
| DeKruyter, Jeff | 2,684.76 |
| DeKruyter, Jeff Mainstar Trust | 2,652.51 |
| DeKruyter, Todd | 2,846.50 |
| DeKruyter, Todd Mainstar Trust | 2,661.30 |
| Dennett, Benjamin | 1,985.18 |
| Dillon, David & Jenni | 5,293.81 |
| Dillon, Jenni | 2,716.52 |
| Ditslear, Jack and Janet | 1,323.45 |
| Duckwall, Charles and Ashlyn | 661.73 |
| Duke, Steven Cole | 661.73 |
| Duncan, James | 2,646.90 |
| Egua Snillor Investments, LLC (James Rollins) | 661.73 |
| Emslander, Walter | 2,767.34 |

| | |
|---|---|
| Evans, Bryan | 661.73 |
| Fehsenfeld, Fred | 2,650.00 |
| Ferguson, Robert and Lisa | 2,646.90 |
| Foust, Monty & Patricia | 714.31 |
| Foust, Thomas | 3,533.94 |
| Foust, Thomas Mainstar Trust | 1,323.45 |
| Foust, Tracy Mainstar Trust | 514.56 |
| Foust-Thompson, Tracy | 714.31 |
| Gardner, Brian Revocable Trust originally dated July 23, 1997 | 2,646.90 |
| Garry & Estella Michaelis Trust, dated October 14, 2005 | 2,646.90 |
| GMichaelisInc 401k/PSP FBO Garry L Michaelis, Garry L Michaelis Trustee | 1,323.45 |
| Gregson, RL (Rick) | 1,323.45 |
| Gutierrez, Ashlee Mainstar Trust | 1,390.46 |
| Gutierrez, Nestor | 2,869.47 |
| Gutierrez, Nestor (Nestor F Gutierrez as Trustee for the 1996 Nestor F Gutierrez Trust) | 2,646.90 |
| Gutierrez, Nestor Mainstar Trust | 3,970.35 |
| Gutierrez, Teriann | 714.31 |
| Gutierrez, Teriann Mainstar Trust | 1,323.45 |
| Hall, Bill | 4,176.66 |
| Hammons, Eric Mainstar Trust | 1,102.04 |
| Harrod, Robert M. | 2,740.71 |
| Harsha, David | 4,374.85 |
| Harsha, David M and Catherine G | 1,323.45 |
| Hayes, Jackson Tressler | 551.51 |
| Helfert, Donald | 563.92 |
| Hoffman, Andrew | 1,067.06 |
| Horner, Brian and Amie | 4,764.43 |
| Horner, Marlin | 7,278.98 |
| Horner, Robbi | 661.73 |
| Hundt II, Charles A | 5,293.81 |
| Infalt, Mark | 2,646.90 |
| Jacob White IRA LLC | 4,266.23 |
| Jenkins, David Mainstar Trust | 1,057.44 |
| Johnson, Christine | 661.73 |
| JS3 Asset Management LLC (Schmidt) | 2,684.76 |
| Kahlenbeck, Douglas | 1,414.21 |
| Kandel, Danny & Wendy | 2,661.79 |
| Keese, David and Casey | 794.07 |
| Kelso, Victor Montell | 1,351.42 |
| Kennedy, Kathryn | 926.42 |
| Kicinski, Gregory Mainstar Trust | 1,447.46 |
| Kicinski, Vickie | 5,818.09 |
| Koons, Michael | 5,300.00 |
| LaMar, James | 2,730.69 |
| Lautenschlager, Lanny Mainstar Trust | 4,286.24 |
| LeBrun, Christian | 2,011.96 |
| LeCount, Anthony Pacific Premier Trust | 1,588.14 |

| | |
|---|---|
| Ledbetter, Joseph | 1,323.45 |
| Lentz, Knute | 1,323.45 |
| Leon, Brian | 1,392.22 |
| Leon, Brian Mainstar Trust | 1,462.25 |
| Lubitz, Robert and Monroe, Judith | 1,986.00 |
| Maginn, M Joseph Mainstar Trust | 1,426.14 |
| Marburger, Kim Mainstar Trust | 3,998.44 |
| Mark S. Mosak Revocable Trust dated 3/23/2000 | 6,617.26 |
| Martin, David Pacific Premier Trust | 1,341.65 |
| McGovern, Jim | 1,323.45 |
| Meier, Steven Pacific Premier Trust | 4,198.09 |
| Meng, Steve | 8,020.33 |
| Merkle, Van | 9,478.65 |
| Merten, James | 2,646.90 |
| Miller, Michael | 1,300.00 |
| Moldt, Brian Mainstar Trust | 1,600.83 |
| Morgan, Erma | 794.07 |
| Morgan, Robert Pacific Premier Trust | 4,070.38 |
| Moscrip, David Mainstar Trust | 1,323.45 |
| Muller Family Trust | 1,985.18 |
| Muller, Mark and Kim | 1,985.18 |
| Navarro, Antonio | 661.73 |
| Nelson, Jeremy | 3,356.75 |
| Nelson, Jeremy Mainstar Trust | 2,766.12 |
| Oleyar, Paul | 1,323.45 |
| Patriot Investments, LLC (Alley) | 9,585.27 |
| Peduto, Michael S | 2,646.90 |
| Pelky, James | 661.73 |
| Plunkett, Mark | 1,323.45 |
| Porter, Michael | 2,805.94 |
| Prestige Worldwide Capital Partners, LLC (Westmeyer) | 8,004.69 |
| Price, James Richard | 5,515.13 |
| Randolph Settlers, LLC (Butcher) | 2,795.19 |
| Raymond, Sidney | 2,845.98 |
| Rieser, Jason | 4,232.50 |
| Rieser, Jeffery | 1,323.45 |
| Ritter, Megan | 1,323.45 |
| Roppa, Richard Mainstar Trust | 1,323.45 |
| Sadowski, Jonah | 661.73 |
| Sadowski, Kyle | 1,588.14 |
| Sadowski, Mark | 2,856.76 |
| Schaller, Diane and Gordon | 700.00 |
| Shipchandler, Taha | 661.73 |
| Shumaker, Russell | 1,393.94 |
| Siefert, Gregory | 661.73 |
| Smith, Jeffrey | 1,323.45 |
| Smith, John | 2,646.90 |

| | |
|---|---|
| Sorrentino, Ronald J Pacific Premier Trust | 1,323.45 |
| Stevens, Jennifer | 2,927.11 |
| Sumner, John S Pacific Premier Trust | 1,323.45 |
| Teriann Gutierrez 1996 Trust | 2,898.30 |
| The Dandalides Family Trust dated 4/14/04 | 1,348.24 |
| Thieken, Michael and Rachel | 1,323.45 |
| Ting, Jonathan and Yeap, Yar | 1,323.45 |
| Tinsley, Troy and Dana | 661.73 |
| Velma Hinshaw Living Trust | 3,521.31 |
| Wagner, John | 2,646.90 |
| Whisler, Thomas Mainstar Trust | 1,430.05 |
| Whitlock, Scott and Kimberly | 2,000.00 |
| Williamson, Joseph Mainstar Trust | 1,445.72 |
| Wilson, Eddie and Alicia | 1,323.45 |
| Wilson, Jesse Quest Trust Company | 2,722.38 |
| Wolfe, James & Patricia | 2,842.10 |
| Wolfe, James Mainstar Trust | 1,486.62 |
| Wymore, Matthew and Jessie Lee | 1,191.11 |
| Zore, Shawn | 5,536.63 |
| **Total Series Seed Preferred** | **380,241.05** |
| | |
| **Total Units Issued** | **850,241.05** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Indiana - Southern

In re 3OE Scientific, LLC

(Debtor(s)

Case No. 23-04918-JMC-11
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 3OE Scientific, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

*Dr. Thomas F. Foust*
*Samuel Howard*

*11/13/2023*
Date

/s/ Jeffrey Hester
Statement of attorney or Litigant

# United States Bankruptcy Court

Southern District of Indiana

**In re** 3OE Scientific, LLC

Case No. 23-04918-JMC-11

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 21,738.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 21,738.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $______

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $______

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

Total compensation shall be based upon the total hours of legal services rendered at the applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/13/2023

*Date*

/s/ Jeffrey Hester, 22048-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*

One Indiana Sq
Suite 1330
Indianapolis, IN 46204