**SO ORDERED: October 1, 2024.**

**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

C002710 (rev 01/2013)

In re:

**3OE Scientific, LLC**,
Debtor.

Case No. **23−04918−JMC−11**

## FINAL DECREE

The estate of 3OE Scientific, LLC has been fully administered, and any deposit required by the plan has been distributed.

**IT IS ORDERED** that the trustee is discharged from any duty as trustee in this case.

###